**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

REBECCA L. HENN,

Respondent

v.

DAVID J. CELENTO,

Petitioner

: No. 164 MAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.